# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL COMERY

NO. 2021 KW 0571

**AUGUST 16, 2021**

---

In Re:    Michael Comery, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 27624.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

> JMM
> WIL
> EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT